WR-81,127-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/28/2015 3:03:29 PM
Accepted 1/28/2015 3:23:55 PM
ABEL ACOSTA
CLERK

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN, TEXAS

EXPARTE: §
JAIME ZUBIA, JR., §
APPLICANT §
§
§

NO. WR-81,127-02
(Cause No. 950D03351-168-2
Cause No. 78272-168-2
168th District Court,
El Paso County, Texas)

RECEIVED
COURT OF CRIMINAL APPEALS
1/30/2015
ABEL ACOSTA, CLERK

## SECOND JOINT MOTION FOR EXTENSION OF TIME FOR THE TRIAL COURT TO ACT ON §11.07 POST-CONVICTION WRIT

NOW COMES, JAIME ZUBIA JR., APPLICANT, by and through his Appellate/Writ Attorney of record, CHARLES LOUIS ROBERTS, and NOW COMES, the State through her Assistant District Attorney, JOHN L. DAVIS, and moves THIS Court for a further Extension of Time for the for the Trial Court to act of above-entitled §11.07 Post-Conviction Writ, and for grounds would show this Court the following:

**I.**

This is a Joint Motion by Applicant and the State of Texas with approval of the Trial Court.

**II.**

A. The present deadline is Sunday, February 1, 2015.

B. The Extension sought is 20 days, or until February 21, 2015.

C. The reason for this Extension is as follows:

Even though the Court's <u>Order</u>, See Exhibit "A" (attached) is dated December 8, 2014, the Postmark reads December 23, 2014. And such Order was only received by the Court after the New Year. [The parties had asked for 45 days.] The Trial Court had previously scheduled Trials, Hearings, and out-of-town trips for the month of January. For example The Trial Court is presently out of

1

El Paso, Texas for the week of January 26-30, 2015 with a major Jury Trial scheduled on February 2, 2015. A Partial Hearing was able to be heard by the Court, and a further hearing will be necessary to complete the Record.

D. This is the Second Extension sought for this item.

### III.

This second extension is sought in the interest of Justice and not for the purpose of delay.

**WHEREFORE, THE ABOVE PREMISES CONSIDERED,** The parties request an extension of twenty (20) days or until February 21, 2015.

Jointly Submitted,

**CHARLES L. ROBERTS**
Attorney for Applicant
300 E. Main, Suite 640
State Bar No. 1700100
El Paso, Texas 79901
(915) 532-9475
(915) 534-7417 Fax

**JOHN L. DAVIS**
Assistant District Attorney
State Bar No.05515700
District Attorney's Office
El Paso County Courthouse
500 E. San Antonio, 2nd Floor
El Paso, Texas 79901
(915) 256-2393
(915) 533-5520 Fax
E-mail: jdavis@epcounty.com

2

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion has been delivered by e-serve to the office of the District Attorney, 500 E. San Antonio, 2nd Floor, El Paso, Texas 79901 on this the 28th day of January, 2014.

CHARLES L. ROBERTS
Attorney for Applicant

3



EXHIBIT

"A"

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P O BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

$ 00.26⁵

MAILED FROM WR-81,127-02

12/8/2014
Zubia, Jaime Jr.          Tr. Ct. No. 78272-168-2

On this day, this Court has granted the trial court's request for an extension of time to file the supplemental record. The supplemental record is due in this Court on Sunday, February 01, 2015.

Abel Acosta, Clerk

CHARLES LOUIS ROBERTS
300 E. MAIN, SUITE 640
EL PASO, TX 79901

JAVRS3B  79901